1    **LATHAM & WATKINS LLP**
     John P. Flynn (Bar No. 141094)
2      Tracey L. Orick (Bar No. 240904)           \*\*E-filed 7/3/07\*\*
   505 Montgomery Street, Suite 2000
3    San Francisco, California  94111-2562
   Telephone:  (415) 391-0600
4    Facsimile:  (415) 395-8095
   John.Flynn@lw.com
5    Tracey.Orick@lw.com

6    Attorneys for Defendant
   RAE SYSTEMS INC.

7

8                     UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

| | |
|---|---|
| 12   POLIMASTER LTD., NA&SE TRADING CO., LTD., | CASE NO. C 05-01887- JF HRL |
| 13 | |
| 14            Plaintiffs, | **JOINT FURTHER CASE MANAGEMENT STATEMENT** |
| 15     v. | |
| 16   RAE SYSTEMS INC. | |
| 17           Defendant. | |

18

19       The parties to this dispute recognize that the underlying claims set forth in Counts

20 I-III of Plaintiffs' Complaint are subject to arbitration pursuant to the terms and conditions of

21 arbitration clauses contained in the disputed contractual agreements between the parties.

22       Following Plaintiffs' initiation of an arbitration pursuant to the parties'

23 contractual agreement, an arbitration was held from March 5-9 and 12-16, 2007.  A decision is

24 expected by mid-July.

25       Plaintiffs' and Defendant's counsel both respectfully request permission to attend

26 the status conference via telephone.

27

28

Dated:  June 28, 2007                          Respectfully submitted,


By  /s/
John P. Flynn
Attorneys for Defendant
RAE SYSTEMS INC.



By  /s/
Kevin Garden
Attorneys for Plaintiffs
POLIMASTER LTD. and
NA&SE TRADING CO., LTD.


The parties have permission to appear by telephone at the Case Management Conference
scheduled for Friday, July 20, 2007 ay 10:30 AM.  Please contact Court Call at 866-582-6878
in advance of the hearing to schedule the appearance.  IT IS SO ORDERED.

SF\615925.1          7/3/07


Judge Jeremy Fogel, US District Court

Case Number: C05-01887- JF HRL
JOINT CASE MANAGEMENT STATEMENT