Kevin R. Garden (VA Bar No. 30244)
The Garden Law Firm, P.C.
211 North Union Street, Suite 100
Alexandria, VA 22314
Tel.: (703) 519-1286
Fax: (703) 977-1330
kg@legal-counsels.com
*pro hac vice*

Attorney for Plaintiffs
POLIMASTER LTD., NA&SE TRADING CO., LTD.

LATHAM & WATKINS LLP
   John P. Flynn (Bar No. 141094)
   Tracey L. Orick (Bar No. 240904)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-2562
Tel: (415) 391-0600
Fax: (415) 395-8095
John.Flynn@lw.com
Tracey.Orick@lw.com

Attorneys for Defendant
RAE SYSTEMS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| POLIMASTER LTD., NA&SE TRADING CO., <br><br>      Plaintiffs, <br><br>      v. <br><br>RAE SYSTEMS, INC., <br><br>      Defendant. | CASE NO. C 05-01887- JF  HRL <br><br>**STIPULATED REQUEST FOR ORDER EXTENDING TIME FOR SUBMISSION OF REPLY BRIEFS** <br><br>Date:  December 7, 2007 <br>Time:  9:00 a.m. <br>Place:  Courtroom 3 (Fifth Floor) <br>Judge:  Hon. Jeremy Fogel |

     Pursuant to Civil L.R. 6-2, the parties hereby file this stipulation requesting an Order changing the date on which the parties' reply briefs in this matter are due. The Court has set a hearing in this matter for disposition of the respective motions to confirm or vacate the arbitration award for December 7, 2007. Under the Court's Local Rules, the parties' reply briefs

1  would be due November 23, 2007, except for the Thanksgiving holiday which moves that date
2  forward to November 21, 2007.  Because defendant RAE Systems, Inc.'s opposition is not due
3  until November 16, 2007, this date would only provide plaintiffs Polimaster Ltd. and Na&Se
4  Trading Co. with five days to prepare a reply.  For that reason, the parties are jointly seeking an
5  extension of the due date for their respective reply briefs to and including November 26, 2007,
6  which is the Monday following the Thanksgiving holiday.
7    The parties have filed an accompanying declaration which sets forth with particularity the
8  reasons for this request, discloses that there have been no other extension requests, and states that
9  this request should not result in any modifications to the schedule for this case.
10
11 Dated:  November 8, 2007    Respectfully submitted,
12   By: __/s/ Kevin R. Garden_____  By: __/s/  John P. Flynn_____
13     Kevin R. Garden    John P. Flynn
    Attorney for Plaintiffs    Attorney for Defendant
14     POLIMASTER LTD.,    RAE SYSTEMS, INC.
    NA&SE SYSTEMS, INC.
15
16
17 PURSUANT TO STIPULATION, IT IS SO ORDERED.
18
19 Dated:  __11/15/07_____    _____
        Jeremy Fogel
20         United States District Judge
21
22
23
24
25
26
27
28