```
 1  McLeod & Witham LLP
    John P. Flynn (Bar No. 141094)
 2  505 Montgomery Street, 11th Floor
    San Francisco, California 94111
 3  Telephone: (415) 874-3410
    Facsimile: (415) 874-3001
 4  jpf@mcleodwitham.com

 5  Attorneys for Defendant
    RAE SYSTEMS INC.
 6

 7

 8              UNITED STATES DISTRICT COURT

 9            NORTHERN DISTRICT OF CALIFORNIA

10                   SAN JOSE DIVISION

11

12  POLIMASTER LTD., NA&SE TRADING    CASE NO. C 05-01887- JF HRL
    CO., LIMITED,
13                 Plaintiffs,

14       v.                           NOTICE OF SUBSTITUTION OF COUNSEL
                                      AND [PROPOSED] ORDER
15  RAE SYSTEMS INC.

16                 Defendant.

17
18
19
20
21
22
23
24
25
26
27
28
```

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that effective immediately, defendant RAE Systems Inc. hereby substitutes John P. Flynn and McLeod & Witham LLP, in place of Latham & Watkins LLP, as its counsel of record in this action. The contact information for Mr. Flynn and McLeod & Witham LLP is as follows:

> John P. Flynn
> McLeod & Witham LLP
> 505 Montgomery Street, 11th Floor
> San Francisco, CA 94111
> jpf@mcleodwitham.com
> Tel: (415) 874-3410
> Fax: (415) 874-3001

Dated: January 6, 2009

By /s/ John P. Flynn
John P. Flynn
Attorneys for Defendant
RAE SYSTEMS INC.

## CONSENT TO SUBSTITUTION

Latham & Watkins LLP hereby consents to this substitution.

Dated: January 6, 2009

LATHAM & WATKINS LLP

By /s/
Peter A. Wald
Tracy L. Orick
Former Attorneys for Defendant
RAE SYSTEMS INC.

## [PROPOSED] ORDER

IT IS SO ORDERED.

Dated: 1/26, 2009

THE HON. JEREMY D. FOGEL
UNITED STATES DISTRICT JUDGE

2

Case Number: C05-01887- JF HRL
NOTICE OF SUBSTITUTION OF COUNSEL AND
[PROPOSED] ORDER

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is McLeod & Witham LLP, 707 Wilshire Boulevard, Suite 4125, Los Angeles, CA 90017.

On January 8, 2009, I served the following document described as:

**NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**

by serving two copies of the above-described document in the following manner:

### BY OVERNIGHT MAIL DELIVERY

I am familiar with the office practice of McLeod & Witham LLP for collecting and processing documents for overnight mail delivery by Federal Express. Under that practice, documents are deposited with the McLeod & Witham LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Federal Express; such documents are delivered for overnight mail delivery by Federal Express on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in McLeod & Witham LLPs' interoffice mail a sealed envelope or package containing the above-described documents and addressed as set forth below in accordance with the office practice of McLeod & Witham LLP for collecting and processing documents for overnight mail delivery by Federal Express:

Kevin R. Garden
The Garden Law Firm P.C.
211 North Union Street, Suite 100
Alexandria, VA 22314

Gary Livaich
Desmond Nolan Livaich & Cunningham
15th and S Building
1830 15th Street
Sacramento, CA 95814

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 8, 2009, at Los Angeles, California.

_____
Donna Holland-Williams

Case Number: C05-01887- JF HRL
NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

3