\*\* E-filed 4/17/09 \*\*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| POLIMASTER LTD and NA&SE TRADING CO. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> RAE SYSTEMS, INC., <br><br> Defendant. | Case Number C 05-1887-JF HRL <br><br> AMENDED ORDER[1] RE STAY OF EXECUTION OF JUDGMENT <br><br> [re: docket nos. 114, 123, 126] |

At the hearing held April 10, 2009, the parties stipulated to stay execution of judgment, provided that Defendant posts a supersedeas bond pursuant to Federal Rule of Civil Procedure 62(d). The Court hereby stays execution of the judgment for thirty (30) days to allow the parties to finalize their agreement. The stay will expire unless a supersedeas bond is posted as agreed.

Registration of this Court's judgment in other districts may proceed, subject to the stay.

IT IS SO ORDERED.

DATED: April 17, 2009

_____
JEREMY FOGEL
United States District Judge

---

[1] This disposition is not designated for publication in the official reports.

Case No. C 05-1887-JF (HRL)
AMENDED ORDER RE STAY OF EXECUTION OF JUDGMENT
(JFEX2)

This Order has been served upon the following persons:

| | |
|---|---|
| Gary Livaich | glivaich@dnlc.net |
| Jeffrey Raymond Witham | jrw@mcleodwitham.com |
| | lgp@mcleodwitham.com |
| John Paul Flynn | jpf@mcleodwitham.com |
| Kevin Richard Garden | kevin@gardenlawfirm.com |