McLEOD, WITHAM & FLYNN LLP
John P. Flynn (Bar No. 141094)
505 Montgomery Street, 11th Floor
San Francisco, California 94111
Tel: (415) 874-3410
Fax: (415) 874-3001
jpf@mcleodwitham.com

Attorneys for Defendant
RAE SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| POLIMASTER LTD., NA&SE TRADING CO., LIMITED<br><br>Plaintiffs,<br><br>v.<br><br>RAE SYSTEMS INC.<br><br>Defendant. | Case No. C 05-01887- JF HRL<br><br>**STIPULATION AND [PROPOSED] ORDER RE SUPERSEDEAS BOND AND STAY OF EXECUTION OF JUDGMENT IN FAVOR OF RAE SYSTEMS INC.** |

Plaintiffs Polimaster Ltd. and Na&Se Trading Co., Ltd. (collectively, "Polimaster") and defendant RAE Systems Inc. ("RAE") hereby stipulate and agree that the Court's order staying execution of the judgment in favor of RAE, and permitting the registration of the Court's judgment in other districts subject to the stay, shall remain in effect pending Polimaster's appeal from the judgment, subject to the following conditions:

1. Polimaster shall post an irrevocable supersedeas bond in a form acceptable to RAE and approved by the Court (the "bond") in the amount of $1,394,692 by May 15, 2009;

2. Thereafter, by no later than June 15, 2009 and continuing by no later than the 15th of each month thereafter, or if that day is a Saturday, Sunday or holiday, the first preceding business day, Polimaster shall increase the principal amount of the bond by $116,224.25 per month until the principal amount of the bond equals the amount of the judgment ($2,789,383.44) plus accrued interest at the judgment rate of 0.43 percent per annum;

3. Polimaster shall provide notice and written confirmation to RAE's counsel by email that the bond has been posted by no later than May 15, 2009, and shall provide notice and written confirmation that the principal amount of the bond has been increased by the requisite monthly installment by no later than 5:00 p.m. Pacific daylight time on the day each installment is due;

4. Polimaster acknowledges and agrees that time is of the essence with respect to its obligation to post the bond by no later than May 15, 2009, to increase the principal amount of the bond in monthly installments thereafter, and to provide written notice and confirmation to RAE's counsel, all as set forth above;

5. In the event Polimaster fails to comply strictly with any of the foregoing obligations, RAE may inform the Court by ex parte letter, copied to counsel for Polimaster, and the Court shall promptly issue an order, in the form attached hereto as Exhibit A, providing that (a) the stay of execution is vacated with respect to any remaining portion of the judgment unsecured by the bond; (b) Polimaster and Na&Se

shall each provide complete responses to RAE's interrogatories served on March 26, 2009 pursuant to Fed. R. Civ. P. 33 and 69 within 15 days of the Court's order; and (c) that pursuant to 28 U.S.C. section 1963, and the Court's prior orders re registration, RAE is permitted to register the Court's judgment in any district in which Polimaster may have assets.

6. Polimaster's agreement hereto does not in any way waive Polimaster's right to appeal from or otherwise challenge the judgment.

IT IS SO STIPULATED.

Dated: April __, 2009               McLeod, Witham & Flynn LLP


By /s/ John P. Flynn
John P. Flynn
Attorneys for Defendant
RAE SYSTEMS INC.


Dated: April __, 2009               The Garden Law Firm, P.C.


By /s/ Kevin R. Garden
Kevin R. Garden
Attorneys for Plaintiffs
POLIMASTER LTD. AND
NA&SE TRADING CO., LTD

IT IS SO ORDERED.

Dated: 4/30/09

_____
The Honorable Jeremy Fogel
United States District Court Judge

3

STIPULATION AND [PROPOSED] ORDER RE SUPERSEDEAS BOND AND STAY
OF EXECUTION OF JUDGMENT IN FAVOR OF RAE SYSTEMS INC.

**EXHIBIT A**

1  McLEOD, WITHAM & FLYNN LLP
   John P. Flynn (Bar No. 141094)
2  505 Montgomery Street, 11th Floor
   San Francisco, California 94111
3  Tel: (415) 874-3410
   Fax: (415) 874-3001
4  jpf@mcleodwitham.com

5  Attorneys for Defendant
   RAE SYSTEMS INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                         SAN JOSE DIVISION
10

11

12 | POLIMASTER LTD., NA&SE TRADING CO., | Case No. C 05-01887- JF HRL
   | LIMITED                             |
13 |                                     | **ORDER RE SUPERSEDEAS BOND AND
   |        Plaintiffs,                  | STAY OF EXECUTION OF JUDGMENT IN
14 |                                     | FAVOR OF RAE SYSTEMS INC.**
   |   v.                                |
15 |                                     |
   | RAE SYSTEMS INC.                    |
16 |                                     |
   |        Defendant.                   |
17

1 |       Pursuant to the Stipulation And Order Re Stay Of Execution Of Judgment In Favor Of RAE Systems Inc. (the "Stipulation and Order"), and based on defendant RAE Systems Inc.'s ex parte notice of Polimaster Ltd. and Na&Se Trading Co., Ltd.'s failure to comply, it is hereby ordered that:

1. The stay of execution provided in the Stipulation and Order is hereby vacated with respect to any remaining portion of the judgment unsecured by the supersedeas bond currently posted with the Court;

2. Within 15 days hereof, Polimaster and Na&Se shall each provide complete responses to the interrogatories served by RAE on March 26, 2009 pursuant to Fed. R. Civ. P. 33 and 69; and

3. Pursuant to 28 U.S.C. section 1963, and this Court's prior order re registration, RAE is permitted to register this Court's judgment in any district in which Polimaster may have assets.

IT IS SO ORDERED

Dated: 4/30/09

*[signature]*

The Honorable Jeremy Fogel
United States District Court Judge

---

2
ORDER RE SUPERSEDEAS BOND AND STAY OF EXECUTION OF JUDGMENT IN FAVOR OF RAE SYSTEMS INC.