Kevin R. Garden (VA Bar No. 30244)
The Garden Law Firm, P.C.
325 North Pitt Street, Suite 325
Alexandria, VA 22314
Tel.: (703) 535-5565
Fax: (703) 977-1330
kevin@gardenlawfirm.com
*pro hac vice*

Gary Livaich, CA Bar No. 084186
Desmond, Nolan, Livaich & Cunningham
15th & S Building
1830 15th Street
Sacramento, CA 95811
Tel.: (916) 443-2051
Fax: (916) 442-2651
glivaich@dnlc.net

Attorney for Plaintiffs
POLIMASTER LTD., NA&SE TRADING CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| POLIMASTER LTD., NA&SE TRADING CO., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ) <br> RAE SYSTEMS, INC., ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO. C 05-01887- JF  HRL <br><br> **[PROPOSED] ORDER** <br><br><br> Date:  No hearing requested <br> Time: <br> Place: <br> Judge: |

**[PROPOSED] ORDER**

Pursuant to the Consent Motion to Vacate In Part and Confirm In Part Arbitration Award, **IT IS SO ORDERED** that:

- the portion of the Arbitration award granting RAE Systems, Inc.'s ("RAE") affirmative claims against Plaintiffs Polimaster Ltd. and Na&Se Trading Co. (collectively "Polimaster") in the amount of $2,412,432 and costs in the amount of $46,213.15 is VACATED; and

- the portion of the Arbitration award denying Polimaster's affirmative claims against RAE is CONFIRMED.

Date: _____

HON. Jeremy Fogel
United States District Court Judge

1